UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TREVINO,<br><br>            Plaintiff,<br><br>      v.<br><br>X. SHEEHAN, *et al.*,<br><br>            Defendants. | No.  2:23-cv-00235-KJM-JDP (PC)<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 18, 2023, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.  Contrary to plaintiff's objections, the allegations in his complaint do not show he is "under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).  His new allegations about an

1

assault in May 2022, which he first mentioned in his objections, do not show he faces any "imminent" threats connected to the memorandum he now challenges. *See* Objections at 1–2.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 18, 2023, are adopted in full;

2. Plaintiff's application to proceed in forma pauperis, ECF No. 2, is denied;

3. Plaintiff is directed to pay the full filing fee within twenty-one days of the service of this order; and

4. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: August 28, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE