UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TREVINO,<br><br>        Plaintiff,<br><br>   v.<br><br>X. SHEEHAN, *et al.*,<br><br>        Defendants. | Case No. 2:23-cv-00235-KJM-JDP (PC)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>ECF No. 14<br><br>RESPONSE DUE WITHIN SIXTY DAYS |

Plaintiff has filed a motion for an extension of time to file an amended complaint. ECF No. 14. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 14, is granted.
2. Plaintiff is granted sixty days from the date of this order to file an amended complaint.
3. Failure to comply with this order may result in a recommendation of dismissal.

IT IS SO ORDERED.

Dated:   January 3, 2024                                      _____
                                                                 JEREMY D. PETERSON
                                                                 UNITED STATES MAGISTRATE JUDGE