UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TREVINO,<br><br>            Plaintiff,<br><br>   v.<br><br>X. SHEEHAN, *et al.*,<br><br>           Defendants. | Case No. 2:23-cv-00235-KJM-JDP (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ADD EXHIBITS TO SECOND AMENDED COMPLAINT AND DIRECTING PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT<br><br>ECF Nos. 18 & 19 |

      Plaintiff alleges various violations of his rights in connection with a denial of parole. ECF No. 18 at 5. Before I screened the most recent complaint, however, plaintiff filed a motion seeking to add additional exhibits to the complaint. ECF No. 19. Generally, a complaint, should be complete in itself without reference to other filings. *See Goodbar v. Paldara*, No. 1:21-cv-01811-GSA-PC, 2022 U.S. Dist. LEXIS 83423, 2022 WL 1462142, at *1 (E.D. Cal. May 9, 2022) ("Under Rule 220, Plaintiff may not amend the Complaint by adding new information submitted separately from the Complaint. [Instead], Plaintiff must file an amended complaint which is complete in itself, without reference to prior complaints."). Rather than granting his motion and circumventing this rule, I will direct plaintiff to submit a third amended complaint

1

within thirty days.  The complaint will need to be complete in itself; it will need to contain all the allegations and exhibits that he wishes to have considered.

        Accordingly, it is ORDERED that:

        1.  Plaintiff's motion to add exhibits to the second amended complaint, ECF No. 19, is DENIED.

        2.  Within thirty days of this order's entry, plaintiff shall submit a third amended complaint that contains all claims and exhibits he wishes to have considered.  If he fails to do so, I shall screen his second amended complaint and disregard the exhibits he has recently attempted to add.

        3.  The Clerk of Court shall send plaintiff a section 1983 complaint form with this order.

IT IS SO ORDERED.

Dated:   August 28, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2