UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TREVINO,

          Plaintiff,

    v.

X. SHEEHAN, *et al*.,

          Defendants.

Case No.  2:23-cv-0235-DC-JDP (P)

ORDER

Plaintiff has filed a motion for extension of time to file objections to the February 3, 2026 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

    1.  Plaintiff's motion for an extension of time, ECF No. 39, is GRANTED; and

    2.  Plaintiff is granted until March 6, 2026 to file objections to the February 3, 2026 findings and recommendations.

IT IS SO ORDERED.

Dated:    February 23, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1