UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TREVINO,

Plaintiff,

v.

X. SHEEHAN, *et al.*,

Defendants.

Case No.  2:23-cv-0235-DC-JDP (P)

ORDER

Plaintiff has filed a request for acceptance of untimely consent/decline form.  ECF No. 51. The court is in receipt of two consent/decline of magistrate judge jurisdiction forms from plaintiff.  ECF Nos. 49 & 50.  These forms have been accepted and docketed.  Additionally, although plaintiff appears to request sanctions against defendants in his motion, ECF No. 51 at 1, he has not offered any substantive argument for why they are warranted.

1

It is, therefore, ORDERED that plaintiff's request, ECF No. 51, is DENIED as unnecessary as to the acceptance of his consent/decline form and unwarranted as to any sanctions.

IT IS SO ORDERED.

Dated:     June 9, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE