UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TREVINO,

Plaintiff,

v.

X. SHEEHAN, *et al.*,

Defendants.

Case No. 2:23-cv-0235-DC-JDP (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF No. 36)

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 3, 2026, the magistrate judge filed findings and recommendations herein which were served on plaintiff and contained notice that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 36. Plaintiff has filed objections to the findings and recommendations. Plaintiff's objections consist largely of citations to dozens of cases, including quotations and summaries of purported statements of law. ECF No. 42. However, Plaintiff does not address the magistrate judge's analysis or show why the numerous excerpts and summaries of decisions by courts in other cases are relevant to Plaintiff's case. Thus, Plaintiff's objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 36) are ADOPTED;

2. This case shall proceed only on Plaintiff's First Amendment retaliation claim brought against Defendants L. Cano and X. Sheehan in the Fourth Amended Complaint;

3. All other claims brought, and defendants named in, the Fourth Amended Complaint are dismissed due to Plaintiff's failure to state a cognizable claim for relief;

4. The Clerk of the Court is direct to update the docket to reflect that Defendants Neil Schneider, Ryan Hickey, Elizabeth E. Comeau, and De La Cruz have been terminated from this action; and

5. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **July 20, 2026**

Dena Coggins
United States District Judge